UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

Plaintiff,

v.

RONALD BROOM, et al.,

Defendants.

No. 2:24-cv-02381-DAD-EFB P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PAYMENT OF THE REQUIRED FILING FEE WITHIN 30 DAYS

(Doc. Nos. 2, 7)

Plaintiff Jamisi Jermaine Calloway is a now former state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* in this action be denied and that he be ordered to pay the required filing fee to proceed with this action. (Doc. No. 7.) Specifically, the magistrate judge concluded that plaintiff: (1) is subject to the "three strikes" bar under 28 U.S.C. § 1915(g) because he has suffered at least three qualifying dismissal orders in past cases brought by him; and (2) the allegations of his complaint in this action do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (*Id.* at 1–2) (citing *Andrews v. Cervantes*, 493 F.3d 1047, 1051–55 (9th Cir. 2007)). The

magistrate judge therefore also recommended that plaintiff be ordered to pay the required $405.00 filing fee in full in order to proceed with this action. (*Id.* at 3.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 17, 2025 (Doc. No. 7) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* in this action (Doc. No. 2) is denied;
3. Plaintiff is granted thirty (30) days from the date of this order to pay the required $405 filing fee in order to proceed with this action;
4. Plaintiff is forewarned that a failure to pay the required filing fee within the time provided by this order will result in the dismissal of this action; and
5. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 28, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court apologizes for the delay in the issuance of this order. Due to an oversight, the undersigned was unaware that these findings and recommendations were pending before the court until recently.