UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br>Plaintiff,<br>v.<br>RONALD BROOM, et al.,<br>Defendants. | No. 2:24-cv-02381-DAD-EFB (PC)<br><br><u>ORDER VACATING ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 9) |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. On August 30, 2024, plaintiff filed an application to proceed *in forma pauperis*, (Doc. No. 2), and, on December 17, 2025, the magistrate judge issued findings and recommendations recommending that the motion be denied. (Doc. No. 7.) No party filed objections to the findings and recommendations, and the Court adopted them on August 31, 2026, denying the motion to proceed *in forma pauperis* and ordering plaintiff to pay the filing fee of $405 within thirty days of the date of the order. (Doc. No. 9.)

Review of the docket, however, indicates that plaintiff paid the $405 filing fee on September 10, 2024, notwithstanding his then-pending application to proceed *in forma pauperis*. Accordingly, the Court will vacate its August 31, 2026 Order and deny as moot plaintiff's request to proceed *in forma pauperis*.

/////

Accordingly,

1. The Court's August 31, 2026 order adopting the findings and recommendations (Doc. No. 9) is VACATED;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED; and
3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 4, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE